UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONNA NOLAND, an individual, : 06 Civ. 3352 (SC)

              Plaintiff,

    v.                       **STIPULATION AND ORDER**

FIRST UNUM LIFE INSURANCE COMPANY;
MCKINSEY & COMPANY LONG TERM
DISABILITY PLAN,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that Defendant McKinsey & Company Long Term Disability Plan's time to answer or otherwise respond to the Complaint is extended to and including August 11, 2006.

    This stipulation does not alter an event or deadline already fixed by the Court.

Dated: July 17, 2006
       New York, NY

**PROSKAUER ROSE LLP**

By: _____
    Hal Brody
2049 Century Park East
32nd Floor
Los Angeles, CA 90067-3206
(P): (310) 557-2900
(F): (310) 557-2193
hbrody@proskauer.com
*Attorneys for Defendant*
*McKinsey & Company Long Term Disability Plan*

Dated: July 12, 2006
New York, NY

**BAUM & WEEMS**

By: _____
Julian M. Baum
9 Tenaya Lane
Novato, CA 94947
(P): (415) 892-3152
(F): (415) 892-3096
jbaum@ix.netcom.com
*Attorneys for Plaintiff*

So Ordered:



IT IS SO ORDERED
Judge Samuel Conti
7/25/06

25464/50768-001 Current/8662247v1                                   07/17/2006 06:44 AM