1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No. 72381
   ANNA M. MARTIN - State Bar No. 154279
3  amartin@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendants
   FIRST UNUM LIFE INSURANCE COMPANY;
7  McKINSEY & COMPANY LONG TERM
   DISABILITY PLAN

8

9  **BAUM & WEEMS**
   JULIAN M. BAUM - State Bar No. 130892
10 9 Tenaya Lane
   Novato, CA 94947
11 Telephone: (415) 892-3152
   Facsimile (415) 892-3096

12 Attorneys for Plaintiff
   DONNA NOLAND
13

14                    UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17                                                              *E-FILING*

18 DONNA NOLAND, an individual,        )
                                       ) CASE NO. C 06-03352 ~~EMC~~   SC
19         Plaintiff,                  )
                                       ) STIPULATION TO CONTINUE AUGUST
20     vs.                             ) 25, 2006 CASE MANAGEMENT
                                       ) CONFERENCE AND [~~PROPOSED~~]
21 FIRST UNUM LIFE INSURANCE           ) ORDER THEREON
   COMPANY; McKINSEY & COMPANY         )
22 LONG TERM DISABILITY PLAN,          )
                                       )
23         Defendants.                 )
                                       )
24 _____ )

25     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

26 respective attorneys of record, that the Case Management Conference in this matter, currently set

27 for August 25, 2006, be continued to December 29, 2006, or a date thereafter at the convenience

28 of the Court. The Case Management Conference Statement will be timely filed.

---

1   Good cause exists for this continuance in that the parties have elected private mediation
2   in an effort to resolve this matter, thereby conserving judicial resources. This continuance will
3   allow the parties sufficient time to schedule and complete a private mediation of this matter.
4   Pursuant to local rules, this document is being electronically filed through the Court's
5   ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
6   document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
7   concurred with the filing of this document; and (3) a record supporting this concurrence is
8   available for inspection or production if so ordered.

9                                           Respectfully submitted,

10                                          RIMAC & MARTIN
                                            *a Professional Corporation*
11

12  DATED: August 21, 2006        By:    /s/ **ANNA M. MARTIN**
                                         ANNA M. MARTIN
13                                       Attorneys for Defendants
                                         FIRST UNUM LIFE INSURANCE COMPANY;
14                                       McKINSEY & COMPANY LONG TERM
                                         DISABILITY PLAN
15

16
                                         BAUM & WEEMS
17

18  DATED: August 21, 2006        By:    /s/ **JULIAN M. BAUM**
                                         JULIAN M. BAUM
19                                       Attorneys for Plaintiff
                                         DONNA NOLAND
20

21

22                                          **ORDER**

23      IT IS HEREBY ORDERED that the Case Management Conference in this matter be
24  continued to  January 12, 2007  , ~~2006~~, at  10:00 A.M.
25      **SO ORDERED.**
26
27  DATED:  August 23, 2006
                                         _____
28                                       UNITED STATES DISTRICT COURT JUDGE

                                         IT IS SO ORDERED
                                         Judge Samuel Conti

-2-
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON                CASE NO. C 06-03352 EMC