1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No.  72381
   ANNA M. MARTIN - State Bar No. 154279
3  amartin@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone (415) 561-8440
5  Facsimile (415) 561-8430

6  Attorneys for Defendants
   FIRST UNUM LIFE INSURANCE COMPANY;
7  McKINSEY & COMPANY LONG TERM
   DISABILITY PLAN

8

9  **BAUM & WEEMS**
   JULIAN M. BAUM - State Bar No. 130892
10 9 Tenaya Lane
   Novato, CA 94947
11 Telephone: (415) 892-3152
   Facsimile (415) 892-3096

12 Attorneys for Plaintiff
   DONNA NOLAND
13

14              UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17                                          *E-FILING*

18 DONNA NOLAND, an individual,    )
                                   )   CASE NO. **C 06-03352 SC**
19         Plaintiff,              )
                                   )   **STIPULATION FOR DISMISSAL WITH**
20     vs.                         )   **PREJUDICE AND [PROPOSED] ORDER**
                                   )   **THEREON**
21 FIRST UNUM LIFE INSURANCE       )
   COMPANY; McKINSEY & COMPANY     )
22 LONG TERM DISABILITY PLAN,      )
                                   )
23         Defendants.             )
   _____ )
24

25      IT IS HEREBY STIPULATED by and between the parties to this action, through their

26 designated counsel of record, that the above-captioned action be and hereby is dismissed with

27 prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

28      Each party shall bear its own costs and attorneys' fees in this action.

---

-1-
**STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON**                                   **CASE NO. C 06-03352 SC**

1  Pursuant to local rules, this document is being electronically filed through the Court's
2  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
3  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
4  concurred with the filing of this document; and (3) a record supporting this concurrence is
5  available for inspection or production if so ordered.
6  **SO STIPULATED.**

Respectfully submitted,

RIMAC & MARTIN
*a Professional Corporation*

10  DATED: May 1, 2007        By:     /s/ **ANNA M. MARTIN**
                                      ANNA M. MARTIN
11                                    Attorneys for Defendants
                                      FIRST UNUM LIFE INSURANCE COMPANY;
12                                    McKINSEY & COMPANY LONG TERM
                                      DISABILITY PLAN

BAUM & WEEMS

16  DATED: May 1, 2007        By:     /s/ **JULIAN M. BAUM**
                                      JULIAN M. BAUM
17                                    Attorneys for Plaintiff
                                      DONNA NOLAND

20  **ORDER**

21  IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed with prejudice.
22  **SO ORDERED.**

24  DATED: 5/1/07            _____
                             UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                           CASE NO. C 06-03352 SC